First case of the morning is agenda number 5 1 1 6 3 0 6 Henry the detention of John new jr The party's ready to proceed You may proceed Morning your honors Counsel may it please the court here at the Seabrook in the Illinois Attorney General's office here on behalf of the people This court should reverse the judgment of the appellate court and may do so on either of two grounds First this court should hold that a psychological diagnosis is not subject to fry versus United States Second if even if the court holds that fry does apply to a diagnosis this particular diagnosis has gained general acceptance in the scientific community under the standard I'll begin with the question of fries applicability to a diagnosis Now this court has already held in Donaldson That not all scientific evidence is subject to fry. It's only Evidence that is a new or novel scientific method that is subject to fry versus United States and Donaldson also Constructs that we don't focus on the results of the method but rather on the method that is used to reach the conclusion Which means that fries fits well with something like DNA testing But not so well as something like the diagnosis Donaldson also instructs us that as long as the method used to reach the conclusion is one that is reasonably relied upon by scientific experts Fry does not apply even if the conclusion that is ultimately breached is a new or novel conclusion Haven't we always Rick already recognized? the fry test in marriage of Bates Bates does not actually Decide that question. I believe in Bates The court simply determined that the diagnosis was generally accepted, but did not I'm not even sure if the court was presented with the question of whether fry actually applies to a diagnosis You can see from the various lower court decisions and there were long string sites So I'm not going to repeat them from the briefs that there is definitely confusion in the lower courts about fries applicability to a diagnosis So this case presents an opportunity for this court to clarify that question The method here used in this case is diagnosing a patient mr. New with a mental disorder and that process of diagnosis is not new or novel. It's the same Process that mental health professionals have been using for decades if not centuries Can I ask you that question that this is something I would like to focus on is Methodology in the area of mental illness now certainly in a physical illness We could see a test for example, maybe testing a protein in the blood or something that would be a percentage or whatever That that would be a methodology in Diagnosing let's say cancer That doesn't seem to fit with mental illness. There's not that kind of numerical measurement in terms of mental illness But it would appear that the methodology In mental illness cases it would be the observations of the clinician and the application of the factors set out in the diagnostic and statistic manual So For example, is it correct that the DSM says if these four factors are present? This is depression if these other factors are present that's bipolar Is it doesn't the DSM and its application fit into the Definition of methodology in terms of diagnosing mental illness. I think that I think It's true that the DSM has diagnostic criteria but the process of coming to the conclusion is the same no matter whether the clinician is Or not using any particular Particular manual so a Expert could make a diagnosis without reference to any manual. Yes This court and a number of other courts including the Seventh Circuit have held that even in the field of mental illness The DSM is not sacrosanct. It's a manual It's a very popular manual and is often relied upon by experts But the DSM itself does not control a legal conclusion in Inclusion yes, so a clinician could Without reference to any other source make a Methodology of making a diagnosis would be Without reference to any other source. Is that what you're saying? Yes Clinician need not rely on the DSM or any other manual now the way that we deal with a clinician Who is say a complete outlier who has invented something up out of whole cloth is through the traditional means of evidence testing Through the methods of it's the battle of the experts that happens in almost every scientific case even cases where there isn't Where there isn't a pride question They're often battling experts and we rely on juries to be able to parse through those things Through the traditional means of cross-examination and having that battle of the experts in the SVP context that particular Battle in cross-examination is codified in the statute because the SVP statute says that at a trial Respondent always has the right to present his own expert and he always has the right to cross-examine state witnesses. So that is how I Believe the appellate court was concerned with the question of how do we screen certain types of science away from the jury without using fry? That's how we do it. It's the same way that we deal with scientific questions in all cases Miss I burn I had to follow up on Justice Tice's questions on the DSM. Did you? Mention in your brief about the fact that the DSM did you take us ask us to take judicial notice that the DSM has been undergoing a whole revision and That that might be one of the reasons why Clinicians use many things not just one particular Bible so to speak on Diagnosis, I don't believe we asked the court to take judicial notice. However, it certainly could I believe at the time that this trial was taking place The DSM for text revision the last edition of the DSM for was the one currently in use which is why the experts Diagnosis were what they were The last May so that would be May of 2013 is when the DSM 5 was officially published So ultimately the changes in between the DSM 4 and the DSM 5 in terms of paraphilia It's a matter of nomenclature the diagnostic criteria haven't really changed between four and five But he bophilia was it also described in there as well? No, they he would keep a philia itself was not specifically included in the DSM 5 a lot of the scientific debate That is discussed in the briefs is because there was a serious proposal By one of the workgroups that was working on how to revise Yes, I'm four into DSM 5 as to whether or not to include a hemophilia type diagnosis in DSM 5 So a lot of the literature that's mentioned in the briefs is because that scientific debate was going on as recently as the last couple of years I Move on to the general acceptance question And again, we rely on Donaldson Donaldson makes clear that When you're looking at whether or not something is generally accepted the question is whether it's reasonably relied upon by experts in the scientific community Donaldson also makes clear that there's no specific number of experts as long as it's reasonably relied upon You don't need to show that there's a certain number or even a majority of experts that rely upon it Here general acceptance is shown through two ways first through other court decisions now There were long string sites in the brief So I'm not going to go through every single state or federal jurisdiction that has already approved this diagnosis But what those string sites show is that this diagnosis has been widely accepted in those courts This diagnosis was not invented by the experts in this case. It's not only in use in Illinois It's used in cases across the country by a wide variety of experts in terms of the scientific debate The scientific literature shows that the epithelia type diagnosis has been used in many contexts for many years It was not invented for civil commitment, and it was not invented within the past few years The debate over its inclusion in the DSM shows that this is not a fringe theory This was in fact a serious proposal to include it in the DSM 5 You're one of the leading experts in the field the presence of this scientific debate shows that it has reached the theory of general acceptance Unless the court has any other questions at this time Is that your answer missy weren't to the I? think the point That opposing counsel is making is the the state is confusing the issue whether a person demonstrates the symptoms of a condition Which is admittedly opinion with whether the condition exists Which some cases obviously have held that whether a condition exists is subject to a fry hearing you're using these other cases to Bolster the fact that the condition doesn't it indeed exist and therefore no need for a fry hearing No, I don't think that's confusion. I don't The other court decisions simply show that if you read those other court decisions You can see there are a number of experts across the country who have made this diagnosis in fact Within the state of Illinois who have made this diagnosis And that's enough for us to be able to rule that the condition does indeed exist This court has without a fry hearing yes, what went in dealing with fry issues such as when this court was dealing with Simons and actuarial instruments the court ultimately held that it need not remand for a fry hearing because it can rely on things like prior judicial decisions and looking over the scientific literature Those are traditional ways of holding that general acceptance without the need for a remand Or has no other questions, we'd ask the court to reverse. Thank you Morning may have pleased the court your honors counsel. My name is Stephen Potts. I represent the respondent happily in this case John new jr Honors this morning. I'll dress two issues. The first issue is why fry versus United States the general acceptance test Does apply to the existence of the psychological condition in a context as well? well as why fry versus the United States applies in the diagnostic and issues with regards to medical conditions as well, which is very Relevant to the issues present in this case. Additionally. I'll also address why The general acceptance standard does not require this court to reverse the appellate court in this case because as a matter of law I don't believe that the Any of the things that are cited by the state in its brief would compel this court to reverse and find that the hemophilia Diagnosis that was diagnosed by doctors Fogle and Brooker at the trial court is generally accepted as a matter of law Mr. Potts though is the question of whether a person suffers from a mental disorder a question of fact or law I think that I think that there's I think that there's two different I Think that there's two different questions in that question itself I think that first we have to decide does a mental disorder actually exist at all Then the doctors in the context of SVP cases are going to use their experience and their professional judgment to look at symptoms and conditions and what the Demonstrates through their behaviors and through their and through their interviews and testing whether that person actually has the condition So both of those answers reflect facts, don't they? I Think that the issue of whether something is generally accepted is a factual determination that we need to make based on evidence that's presented in a FRI hearing when you have an instance like this where you have a Diagnoses that really hasn't been tested through the evidentiary Through evidence and hot and cross-examining and of experts in this case when we were at the trial court I filed my motion to have a FRI hearing in this case and in the state didn't present any evidence They didn't present even any sites in their brief to judge McHale arguing that this diagnosis was Generally accepted in the site psychological community their answer was well FRI doesn't apply and even if it does it's generally accepted because it's PNOS well as I talked about in my brief PNOS is not a diagnosis PNOS is a category and then we give a diagnosis under PNOS which used to be in the DSM for and and that's what we do, but Then we went to the appellate court the state again didn't give anything to the appellate court in its brief To have the appellate court conclude that as a matter of law that this diagnosis is generally accepted in the scientific community And only now before this court has the state Gotten to the point where they they decided that they needed to provide some Psychological literature and case law which our position is doesn't support the general acceptance Conclusion at all because dr. Blanchard who we have been arguing since the beginning is Pretty much the sole proponent of the existence of this diagnosis to the point where it could be used in an SVP context But if the courts admit every diagnosis and evidence doesn't that erode the foundation and purpose of the FRI hearing That's my position my position is that it's clear that FRI versus United States applies to whether a psychological condition in fact does exist so that a Diagnosis could be made that it's present in an individual in an SVP context or for that matter in any context so And that's really the problem here is that the problem for the state is They want to talk about what the experts did and they want to talk about how they use the general method But that's not the issue the issue is Does he paphilia exist as a condition at all? And that goes back to and that goes back to what Justice Tice you were questioning counsel about about whether DSM whether the DSM Has to be used in a context like this Doctors in these cases are any authoritative Sort sure, but but in particular in SVP context the doctors always give a DSM diagnosis in their evaluations in these cases and in the doctors Never make up on a whole cloth the diagnoses and say somebody has this condition Well, it's not in the DSM, but they have a condition Because if they did that Then they would have no foundation on which to base the fact that somebody should be involuntarily committed on the SVP statute potentially for life That that this condition that they're saying this person has that controls their their behaviors in fact even exists and one of the things about the DSM which The state doesn't want to discuss is when we get to the general acceptance issue in this case The DSM 5 work group on paraphilia is debated whether or not he before you Should be included the exact diagnosis that we have in this case And they did not include it in the DSM 5 so it stretches the bounds of credulity in my opinion that you can say that something is is Generally accepted as a matter of law when it was specifically not included in the authority Authoritative manual that it's even a mental disorder that that we can diagnose in Blanchard Dr. Blanchard was actually on the work group who proposed the inclusion of this diagnosis, and it wasn't included However, you know that that argument means you're saying is that that is the authoritative? document that all Clinicians are supposed to use in diagnosis as when there's other things and there's facts Outside of that is that what you're saying What I'm saying is that if it's not in there, then it doesn't exist no I'm not saying that judge what I'm saying is I'm saying that This court shouldn't decide as a matter of law that a mental disorder exists when it was specifically not included in that manual Because we don't have any other facts before this court with from which this court should can make that conclusion If there's something else out there in the ICD 10 was never brought up in this case until the reply brief in this case And it's never been presented. It's never been argued that that is a manual that includes this diagnosis, so At at the very least we should have some testimony and evidence as to why if it's not included in the DSM 5 It should be allowed to be used and that it's generally accepted in the psychological community. It's just there's just not enough information and None of that's been tested by cross-examination or anything else for that matter as to why this condition exists which goes back to To my original position, which is I think it's clear that under under all the fry cases and specifically if you look at if you look at The pure opinion analysis that was conducted by the court or with that has been roundly criticized that came out of Florida That's really what the state's advocating for They're advocating for a pure opinion analysis where you could have a doctor in a medical malpractice case come in and say I examined this person and this person's got a condition that No other doctor has ever diagnosed a person with and that because that is quote pure opinion It would have to be admitted and couldn't be subject to a fry analysis That is bad law, and it shouldn't be adopted by this court because there should be The issue is whether the condition or the causation of a specific condition is the result of something and what we have here is We have the doctors interviewed John and they looked at his documents and they looked at other things and they came to the conclusion He has a condition. So does that condition actually Exist at all our position is that it doesn't our position is that it is it is at the very least an outlier Diagnosis that wasn't included in the dsm-5 and there's really little if any support now under the current state of psychology in the United States that this court should Find as a matter of law that it would be generally accepted in the psychological community Our position is that it's it's it's almost tantamount to junk science with regards to what it actually is And one of the things that you look at I think that is instructive about this is that at trial Dr. Fogel testified and one of the things he testified to is he testified. Well, there's this condition and this condition is hemophilia and it's paraphilic interest in adolescent boys But one of the things he testified to is he didn't know what any of the boys look like and he hadn't and he hadn't even seen pictures of any of the boys and he didn't know what any of the persons that he was supposed to find out in order to make this diagnosis were like and Then he made the diagnosis Mr. Potts, is there any significance? To what the state writes that in fact eight state eight state courts in a number of federal jurisdictions Accept the diagnosis of paraphilia NOS with an adolescent qualifier Is there any significance to that as it relates to this case? I think that I think that the court can look at those cases and I don't think that I don't think those cases are as Clear cut as the state when it makes it sound There are there are differential diagnoses in a number of those cases that aren't exactly what we have here a lot of those diagnoses are mixed diagnoses with other conditions which form the basis of the Commitment in those cases and also We have a change in what we have it We have a change in the science, but we have an authoritative conclusion that this exists the existence of this condition Isn't going to be included in the DSM 5 which happened subsequent to many of those cases being decided which While the court should look at those cases We Should have the science we should know what the scientific conclusions are was there anything? Tantamount to a fry hearing any of those cases that you're aware I I can't I don't know off the top of my head judge I'm sorry, but I know that in I know that in I think maybe in the federal case there was Significant there was some evidence that was presented by the experts that were appointed in those cases in that case to testify About the condition as far as the other states. I'm sorry. I don't know judge, so you're you're saying that Look at them, but With respect to the differential diagnosis. It's a little different than what we have here I I think it is and I think that with the change and the rapid change in this area of science This court doesn't have the information that it needs we need more information And that's what the fry hearing should do and that's what we should have Basically saying that any diagnosis, that's not included in the DSM Four or five should be sufficient to justify a fry hearing I Can't think of a single diagnosis that I've ever seen in one of these cases It's not included in the DSM five, so I think if you have a DSM if you have a diagnosis of psychological diagnosis quote-unquote It's not included in there that should raise a lot of red flags that it's not actually a diagnosis at all Because in the context of these cases I've actually had experts testify that they would never diagnose a condition That's not included in the DSM five. So is your answer yes, it's enough or no It's it's good start. It's a good start judge. It's a good start. So what else does there have to be I? Experts as to where we are with the development of the psychology the psychological science and where we are with regards to whether this is a condition that is Accepted as existing in individuals out there that that that the court could feel comfortable with allowing a jury to hear that somebody should be indefinitely committed based on that diagnosis and that would be presented if the fry hearing or would that be presented at the When the when they want to proffer that evidence it would be a fry hearing judge Mr.. Potts with regard to the DSM and those that federal case didn't the experts kind of distinguish hemophilia versus pedophilia as trip actually just the age of a person who is attracted to that minor the they like the they prefer the The prepubescent, but older than in under the pedophilia category Isn't it just an age? Distinction well, it's clearly not no. It's not because it's clearly not pedophilia. We're not talking about a pedophilia diagnosis I know and that's what I'm saying isn't it just an age distinction pedophilia is a certain age minors and Ubophilia is above that in between Well, that would be the issue as to whether or not it's a mental a mental disorder. Yes The issue is whether or not Attraction to pubescent Teenagers for that matter it whether that's whether that's a deviant sexual Disorder that that could form the basis of commitment under the statute It's clear that the pedophilia is is a disorder I know it's be sub it would subject a person to a commitment out of the SVP statute But I don't think it's I don't I think that that that's that's That's the issue, but I think it's a lot more Complicated than that because the but one of the questions that's going to present itself is How do we even know how does somebody just how do you apply? Whether or not somebody has this condition at all and that well I know that in the brief I went on in length about that issue I think that that's something that points out the fact that if you can't if there's a question even as to how this can be Applied that goes to the question of whether or not it's generally accepted in the scientific community at all Be clear mr. Potts you're only asking this court To affirm and do what the appellate court didn't send it back for a fry hearing right? I obviously there's testimony here. You're not make you're asking you're not asking this court to make any determination with respect to this diagnosis Correct we were we just want to fry hearing because we are confident at a fry here we prevail actually So that's all we want is an affirmation of the appellate court If there are no further questions, I'll conclude we would ask you affirm the appellate court. Thank you Your honors I'll begin with the general acceptance question and again Donaldson Indicates that you don't need to have a majority of experts in order to show that something is generally accepted just to clarify some of the facts of the case the state experts in this case diagnosed him with paraphilia not otherwise specified and Then and then specified that he wasn't back sexually attracted to adolescent males. That was the correct terminology at the time the paraphilia NOS Diagnosis, it is a diagnosis. It's not just a category. It's a question of the Paraphilic interest that rises to the level of causing distress or harm those were the diagnostic criteria That diagnosis has been general has been held to be generally accepted in the scientific community In lower court cases that we're dealing with other types of paraphilia NOS so The fact that the experts here tapped on the early pubescent males Distinction onto the paraphilia NOS doesn't change the analysis here the question of whether or not you would be diagnosed with this Isn't really much of a question at all We don't have there were no pictures at the SVP trial of exactly what mr. New's victims look like but we actually have a pretty good idea of what his sexual attraction Entails because he described this in great detail to the state's experts He's very specific about the physical appearance of the victims that he prefers He wants young males who are boyish with no facial chest or pubic hair who are innocent and vulnerable He admitted that he had fantasies about teenage boys He was attracted to the kids that he was coaching when he was working at the Chicago Park District even when Even later on when he was in the Department of Corrections and in DHS And there was an inmate at DOC and an inmate at DHS that he was interested in We don't know exactly what it is that they looked like but he just but he admitted to the state's experts that in his mind The reason that he was attracted to them was because he thought about them as being young That is the question of what it is that he was attracted to is not really in question at all Now in terms of the DSM and the DSM versus the ICD-10 The ICD-10 actually supports the state's position here because the ICD minimizes the DSM's importance in terms of it being the Diagnostic manual in use and the ICD-10 has more expansive definition of pedophilia to include individuals who are early pubertal age Was any of this presented anywhere along the line the trial court the appellate court? I don't believe anyone. I believe there was some mention of the ICD-10 during the testimony at trial but I Don't think it was in the written responses. No It sounds as if we're moving toward the substance of a prior hearing To make those kind of determinations if the first question is is this issue even friable? My question is I asked you earlier about methodology and you said to me that a opinion a diagnosis could be made on The interviews of the Expert and the experts opinion without any reference to any other source the DSM or any other kind of source Is that this pure opinion? Idea that some courts apparently have recognized some courts have apparently gone that way They've held that we don't need to look at Frye itself because any expert opinion falls into the pure opinion exception The court need not do that here The court can hold that The diagnosis isn't subject to fry without relying on the pure opinion exception that I believe some of the Florida courts Have taken in you're not urging us to take that position If the court does take that position that would be consistent with the Illinois courts other holdings on opinion testimony Now if the court holds to the contrary and holds that fry is that a diagnosis is subject to fry That will have an effect on the rest of this court and the lower courts jurisprudence on opinion testimony There would end up being some sort of clash between how does a diagnosis not fit within the opinion testimony exception? in terms of the DSM and ICD 10 One of the reasons why there was debate about the DSM 5 is because one of the leading experts who was proposing Keep it a fever Philia diagnosis in the DSM 5 was looking at how the ICD 10 Defines pedophilia and noted that the ICD 10 includes attraction to persons who are early pubescence now Council mentioned dr. Blanchard. He is one of the leading experts in the United States on the C. Papalia diagnosis I believe he was actually part of the work group for the DSM 5 that made this proposal and a lot of the debate Does come from him and from people who agree with them, but he's not the sole expert He's not the person who invented this as stated before this diagnosis has been around for decades the literature shows the debate taking place between the experts and that's one reason why the court need not remand for a fry hearing at this point the Fact that there was this recent debate over the diagnosis and that all the literature is out there Allows this court to make this decision just as it made the decision in Simons without remanding to the trial court for live testimony We can assume that a live testimony that we would have at a fry hearing if we brought in the same experts were cited in The briefs they would say exactly what they said in their written submissions So the fact that this debate is already out there and is available for the courts of perusal Means that we need not remand to the trial court for a fry hearing Ultimately though the Threshold question is whether a diagnosis is subject to fry and again. This is always this is a question of weight not admissibility Even when a diagnosis comes in that some experts will disagree with the respondents and SVP faces or in any case will always have the ability To present their own experts. Mr. Cox seems to think it's more basic than that that it's whether or not in fact there is a condition that can be diagnosed if I Understood his argument correctly. Yes, and that's one thing that the scientific literature can instruct us on several of the papers that were Cited in the briefs talk a great deal about the ways that we The ways that we test to see if the person has the condition and whether or not there is a distinct group of People who have this sexual attraction to this particular age group over any other type of sexual attraction Several of the Blanchard articles have talked about this even though the Experts have been recognizing this as a distinct attraction for decades before. Dr. Blanchard even began practicing If this court ultimately holds that diagnosis is subject to fry it's going to have a lot much wider impacts than just in the SVP context It would have impacts on any sort of medical malpractice case almost any case that has a scientific Diagnosis or conclusion where there is a battle of the experts someone could ask for fries. So we're asking for a narrower Interpretation of fries applicability consistent with what this court said in Donaldson I'm interested in something you said before about the record being sufficiently developed that we can Make the determination not send it back for fry. Yes it if we disagree with that proposition and We don't think that the record is sufficiently developed for us to make a decision Then does that defeat your argument that we in that particular Circumstance have to send it back for a fry hearing if this court looks at the literature that was presented and ultimately decides There's not enough here for us to determine that. This is generally accepted then the solution would be you would Affirm the appellate court and remand for a fry hearing but my suggestion is that The literature that has been presented is sufficient to present both sides of the issue in such a way that a fry hearing is ultimately not necessary The cyber and you made the comment that you're looking for a narrow interpretation What I want to know is the fry Standard is based on our or is anchored in Illinois rule of evidence 702 Are you asking for a narrow narrow or something more narrow than what's in 702? No, because I think 702 if I remember correctly is pretty much a direct quotation of the fry standard. It is Yes, so if the court you get in this in this context, you could use fry standard Interchangeably or has wholeheartedly adopted fry as its rule of evidence So when I'm saying that we want a narrower interpretation of fry narrower than what the appellate court did here We want interpretation that's consistent with Donaldson this court's other fry precedent holding that it applies to methodologies and not conclusions So in other words, you don't want to deviate from 702. No, okay Thank you There are no other questions Thank you. Your eyes. Thank you In case number 116 306 and read the detention of John new jr. Will be taken under advisement as agenda number five Seaburn and mr. Potts. Thank you for your arguments today, and you are excused at this time